UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>                          Plaintiff,<br><br>vs.<br><br>STRUCTURE EXHIBIT & EVENT MGMT., et al.,<br><br>                          Defendants. | Case No. 2:09-cv-00625-RLH-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #65) |

This matter is before the court on the Motion to Withdraw (Dkt. #65) filed November 30, 2010. Lionel Sawyer & Collins seeks to withdraw as counsel of record for Defendants Structure & Event Management and Fidelity & Deposit Company of Maryland. The Motion represents that Defendant Structure & Event Management has failed to pay legal fees, and continued representation would be an unreasonable financial burden to counsel. Furthermore, Gregory Smith, the attorney at Lionel Sawyer representing Defendants is the lone witness for Defendants having first hand knowledge of a material issue in this case and expects to be called as a fact witness at the trial of this matter. Counsel alleges its representation of Defendants is precluded by Rule 3.7 of the Nevada Rules of Professional Conduct. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." The Complaint (Dkt. #1) was filed on April 6, 2007.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #65) is GRANTED.
2. Because Defendants are corporations that may only appear through counsel, *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *U.S. v. High Country*

*Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993), Defendants shall designate counsel of record authorized to appear in this action **no later than December 21, 2010.**

4. The Clerk of Court shall serve a copy of this Order on Defendants at:

Samir Thaker
Structure Exhibit & Event Mgmt., Inc.
2935 Lincoln Road
Las Vegas, NV 89115

Meg Zimmerman
Fidelity and Deposit Company of Maryland
P.O. Box 968036
Schaumburg, IL 60196

Dated this 7th day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE