Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,

Plaintiffs,

vs.

STRUCTURE EXHIBIT & EVENT MANAGEMENT, a Nevada corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND,

Defendants.

Case No. 2:09-cv-00625-RLH-PAL

**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

Plaintiff, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund") hereby gives notice to the court that the parties have agreed to a settlement in this case. The parties are in the process of finalizing formal settlement documents and intend to file a stipulation and order of dismissal within approximately thirty days. Because of the upcoming dismissal, the Security Fund respectfully requests that the Court cease consideration of its pending Renewed Motion for Summary Judgment (Dkt. No. 68) and stay the

///

///

///

///

///

proceedings in this matter until May 26, 2011.

Dated: April 27, 2011

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam Segal
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

**DATED:** April 27, 2011
**Case No. 2:09-cv-00625-RLH-PAL**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

## CERTIFICATE OF SERVICE

I am employed by the law firm of Brownstein Hyatt Farber Schreck, LLP in Clark County. I am over the age of 18 and not a party to this action. My business address is 100 North City Parkway, Suite 1600, Las Vegas, Nevada 89106-4614.

On April 27, 2011, I served the document(s), described as:

**NOTICE OF SETTLEMENT AND REQUEST TO STAY PROCEEDINGS**

☒ by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

☒ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Byron L. Ames , Esq.
Chet A. Glover, Esq.
Tharpe & Howell, LLP
6897 W. Charleston Boulevard
Las Vegas, Nevada 89117
*bames@tharpe-howell.com*
*cglover@tharpe-howell.com*

☐ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Brownstein Hyatt Farber Schreck, LLP.'s practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

☐ e. **BY FACSIMILE TRANSMISSION.**

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Ebony Davis
An Employee of Brownstein Hyatt Farber Schreck, LLP