Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA,<br><br>Plaintiffs,<br><br>vs.<br><br>STRUCTURE EXHIBIT & EVENT MANAGEMENT, a Nevada corporation; FIDELITY AND DEPOSIT COMPANY OF MARYLAND,<br><br>Defendants. | Case No. 2:09-cv-00625-RLH-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Trustees of the Teamsters Local 631 Security Fund for Southern Nevada ("Security Fund") and Defendants, Structure Exhibit & Event Management ("Structure") and Fidelity and Deposit Company of Maryland ("Fidelity") (collectively, "Defendants") by and through their attorneys of record, hereby stipulate and agree as follows:

1. Security Fund and Defendants have reached a settlement in this case, Security Fund's claims are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

///
///
///
///

20036\94\1546915.3

1

2. Each party shall bear its own attorney's fees and costs incurred herein.

Dated this 8th day of June, 2011

/s/ Bryce C. Loveland
Adam P. Segal, Esq., Nevada Bar No. 6120
Bryce C. Loveland, Esq., Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

*Attorneys for Plaintiffs*

Dated this 8th day of June, 2011

/s/ Byron L. Ames
Byron L. Ames, Esq.
Chet A. Glover, Esq.
THARPE & HOWELL, LLP
6897 W. Charleston Boulevard
Las Vegas, Nevada 89117
Telephone: (702)562-3301
Facsimile: (702) 562-3305

*Attorneys for Defendants*

IT IS SO ORDERED.

Dated this __9th__ day of June, 2011

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: /s/ Bryce C. Loveland
   Adam P. Segal, Esq., Nevada Bar No. 6120
   Bryce C. Loveland, Esq., Bar No. 10132
   100 City Parkway, Suite 1600
   Las Vegas, Nevada  89106-4614

   *Attorneys for Plaintiffs*

20036\94\1546915.3                    2